AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

BEVERLY PEARSON, as Administrator of the
Estate of DONALD PEARSON; and FLORA SMART,
as Parent and Next Friend of ALICE SMART

**SUMMONS IN A CIVIL ACTION**

V.

METROPOLITAN LIFE INSURANCE COMPANY, et al.

CASE NUMBER:

## 05 CV 10812

TO: (Name and address of Defendant)

**UNION CARBIDE CORPORATION**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew S. Wainwright, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th floor
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              APR 2 2 2005

CLERK                                          DATE

(By) DEPUTY CLERK

OFFICER'S RETURN

SUFFOLK SS.                    BOSTON                    DATE: May 24, 2005

I, THE UNDERSIGNED, A CONSTABLE PERMITTED TO MAKE SERVICE OF PROCESS UNDER THE LAWS OF THIS COMMONWEALTH, DO HEREBY MAKE OATH AND SAY THAT ON May 24, 2005

I NOTIFIED THE WITHIN NAMED:

**CT CORPORATION**
**101 Federal Street**
**Boston, MA 02110**

IN SERVICE FOR THE DEFENDANT:

**UNION CARBIDE**

BY GIVING IN HAND TO THE AGENT IN CHARGE OF BUSINESS:

**Gail Brown**

TRUE COPIES OF THE SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND

TRACKING ORDER DATED: _____

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THIS COMMONWEALTH THAT THE FOREGOING INFORMATION AND STATEMENT OF SERVICE IS TRUE AND CORRECT.

SERVICE FEE: $20.00

*Joseph P Butler Jr.*

JOSEPH P. BUTLER, JR.
RULE 4-C PROCESS SERVER