AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

BEVERLY PEARSON, as Administrator of the
Estate of DONALD PEARSON; and FLORA SMART,
as Parent and Next Friend of ALICE SMART

**SUMMONS IN A CIVIL ACTION**

V.

METROPOLITAN LIFE INSURANCE COMPANY, et al.

CASE NUMBER:

**05 CV 10812**

TO: (Name and address of Defendant)

**CERTAIN-TEED CORPORATION**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew S. Wainwright, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th floor
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE  APR 2 2 2005

OFFICER'S RETURN

SUFFOLK SS.                BOSTON                DATE: May 24, 2005

I, THE UNDERSIGNED, A CONSTABLE PERMITTED TO MAKE SERVICE OF PROCESS UNDER THE LAWS OF THIS COMMONWEALTH, DO HEREBY MAKE OATH AND SAY THAT ON May 24, 2005

I NOTIFIED THE WITHIN NAMED DEFENDANT:

**CERTAIN TEED CORP.**
**Curtis M. Ponts Esq.**
**P.O. BOX 860**
**750 SWEDESFORD RD.**
**VALLEY FORGE, PA  19482**

BY MAILING TO THEM BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TRUE COPIES OF THE SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND TRACKING ORDER DATED _____ TO THE ABOVE NAMED ADDRESS AND THE RECEIPT OF WHICH IS AFFIXED HERETO.

SERVICE FEE:       $20.00
MAILING FEE:       $5.95

_____
Joseph P. Butler Jr.
Rule 4-C Process Server

SUFFOLK SS.                BOSTON, MA
SUBSCRIBED AND SWORN TO BEFORE A
NOTARY PUBLIC ON May 24, 2005

_____
Joseph P. Butler
My Commission Expires
April 9, 2010