IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY:
LITIGATION (NO. VI)
\------------------------------- :
This Document Relates To :
\------------------------------- :        CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PEARSON, as Administrator [sic.] of the         :
Estate of DONALD PEARSON; and FLORA SMART, as           :
Parent and Next Friend of ALICE SMART                   :
                                                        :
v.                                                      :   C.A. No. 05-CV-10812
                                                        :
METROPOLITAN LIFE INSURANCE COMPANY, et al.             :

**ENTRY OF APPEARANCE**

The undersigned hereby enter their appearance on behalf of Union Carbide Corporation in connection with the above-captioned case.

                                Union Carbide Corporation
                                By its Attorneys,


                                _____
                                MARK O. DENEHY, ESQ. (#3492)
                                VICTORIA M. ALMEIDA, ESQ. (#1755)
                                R. BART TOTTEN, ESQ. (#5095)
                                ADLER POLLOCK & SHEEHAN P.C.
                                One Citizens Plaza, 8th Floor
                                Providence, RI 02903-1345
                                Tel: (401) 274-7200
                                Fax: (401) 351-4607
                                Dated: 7/11/05

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on _July 14_, 2005, to attorney for plaintiff:

Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

_Kathleen A. Mooney_

20881_1.doc