UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

---------------------------------------------------------------------------------------------X

BEVERLY PEARSON, as Administrator of the Estate of
DONALD PEARSON; and FLORA SMART, as Parent and Next
Friend of ALICE SMART,

        Plaintiff,    Civil Action
                No. 05-CV-10812

v.

METROPOLITAN LIFE INSURANCE COMPANY
CERTAIN-TEED CORPORATION
GEORGIO-PACIFIC CORPORATION
UNION CARBIDE CORPORATION
GOUVENEUR TALC COMPANY, INC.
ST. LAWRENCE LIQUIDATING CORPORATION
R.T. VANDERBILT COMPANY, INC.,
        Defendants.

---------------------------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

  Please enter my appearance as attorney for Plaintiff, Flora Smart, as Parent and Next Friend of Alice Smart, in the above-entitled case.

            Respectfully submitted,

            Plaintiff,
            By her attorney,

            _____
            Michael A. Lesser
            BBO No. 631128
            THORNTON & NAUMES, LLP
            100 Summer Street, 30th Floor
            Boston, MA 02110
            (617) 720-1333

Dated: July 25, 2005